Heller, Hirsh & Company, Appellant, v. The General Manufacturing Company, Respondent.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Columbia Construction Company, Appellant, v. Winnefred Day, Respondent.— Order modified as directed in order, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Laughlin, J., dissented.)

The People of the State of New York ex rel. Frederick M. Price, Respondent, v. James Creelman and Others, as President and Commissioners of the Municipal Civil Service Commission of the City of New York, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *People ex rel. Smith* v. *Creelman* (149 App. Div. 716). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Noah E. Barnes.— Motion to dismiss appeal granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. Peter Gallagher.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. William Greenberg.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. John Tivnan.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Juster v. Ostro Construction Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Juster v. Ostro Construction Company. (2 cases.) — In each case motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Selma Mattson, as Administratrix, etc., v. Phœnix Construction Company.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Matthew J. Keefe, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Richard F. Hall v. Central Fish Company.— Motion to dismiss appeal denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Daniel Woodcock v. Salvatore Cannariato.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Kline Brothers & Company v. Colonial Assurance Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies